IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIE CHARLES SHELTON,

        Petitioner,         CASE NO. 2:08-CV-1024
                                            CRIM. NO. 2:06-CR-002
    v.                          JUDGE SMITH
                                            MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

        Respondent.

## OPINION AND ORDER

On May 19, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**. The Clerk shall enter **FINAL JUDGMENT**.

        **IT IS SO ORDERED**.

                                          \s\ George C. Smith
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**